BEFORE THE SECOND DIVISION, MAY 21, 1958

**No. 61974.**—Carson M. Simon & Co. v. United States, protests 306828–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of essential and integral parts of segmental saws, which contain as an essential feature an electrical element or device, and that said saws cannot perform the sawing function for which they were designed without said parts, the claim of the plaintiff was sustained.